UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HATTIE BRICE,

    Plaintiff,

-vs-                                      CASE NO.: 1:18-cv-00688-MLB

NAVIENT SOLUTIONS, LLC, and
STUDENT ASSISTANCE
CORPORATION,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Hattie Brice, and the Defendants, Navient Solutions, LLC, and Student Assistance Corporation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendants in the above-styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 14th day of May, 2018.


*/s/Octavio Gomez*                          */s/Wendi E. Fassbender*
Octavio "Tav" Gomez, Esquire         Wendi E. Fassbender, Esquire

<div style="display: flex;">

Georgia Bar #: 617963
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
tgomez@forthepeople.com
fkerney@forthepeople.com
jkneeland@forthepeople.com
snazario@forthepeople.com
*Counsel for Plaintiff*

Georgia Bar #: 179133
Sessions, Fishman, Nathan & Israel, LLC
5229 Roswell Road, NE
Atlanta, GA 30342
Telephone:  (678) 209-7492
wfassbender@sessions.legal
*Counsel for Defendants*

</div>